U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 27 2010

TONY R. M____, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **ERICK TOLSTON** | CIVIL ACTION NO. 3:09-CV-2151 |
| VS. | SECTION P |
| | JUDGE WALTER |
| **JOHNNY CREEK, ET AL.** | MAGISTRATE JUDGE HAYES |

## JUDGMENT
## (DISMISSING SOME, BUT NOT ALL DEFENDANTS)

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that:

(1) the complaint, insofar as it complains of conditions of confinement at the East Louisiana State Mental Hospital be **DISMISSED WITHOUT PREJUDICE** because venue is improper;

(2) plaintiff's complaint, insofar as he seeks release from custody at East Louisiana State Mental Hospital be construed as a *habeas corpus* petition arising under 28 U.S.C. §2254 and that it be **DISMISSED WITHOUT PREJUDICE** because plaintiff failed to exhaust available state court remedies prior to filing suit.[1]

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27 day of May, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims concerning the conditions and circumstances of his confinement at the Lincoln Parish Detention Center have survived the initial review. See Doc. 11