RECEIVED

MAR - 7 2011

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ERICK TOLSTON | * | CIVIL ACTION NO. 09-02151 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| JOHNNY CREEK, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment, Fed.R.Civ.P. 56(b) [doc. # 28], filed by defendants Warden Thompson, Officer Ray, Johnny Creed, and Randy Williams, is hereby **GRANTED**. For the reasons stated in the Report and Recommendation, plaintiff Erick Tolston's complaint [doc. # 1] is **DISMISSED** as to all defendants, without prejudice, for failure to exhaust administrative remedies.

THUS DONE AND SIGNED this 7 day of March 2011 in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES SENIOR DISTRICT JUDGE